**Motion Granted and Order filed January 29, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00455-CR
_____

### DOMINIC TALIES POTTER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 16-CR-3441**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant filed a motion to review the record so he may prepare and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is GRANTED.

Accordingly, we hereby direct the Judge of the 212th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure;

that the clerk of that court furnish the record to appellant on or before **February 13, 2019;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within 30 days of that date.


PER CURIAM